B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CF Montane LP LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**25-1911378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 North LaSalle St.**<br>**Suite 925**<br>**Chicago, IL**                    ZIP Code **60602** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CF Montane LP LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CF Montane LP LLC** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X  /s/ Steven B. Towbin**<br>Signature of Attorney for Debtor(s)<br><br>**Steven B. Towbin (#2848546)**<br>Printed Name of Attorney for Debtor(s)<br><br>**Shaw Gussis et al**<br>Firm Name<br><br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654**<br>Address<br><br>**312-541-0151  Fax: 312-980-3888**<br>Telephone Number<br><br>**May 22, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Jonathan Hoeg**<br>Signature of Authorized Individual<br><br>**Jonathan Hoeg**<br>Printed Name of Authorized Individual<br><br>**Vice President**<br>Title of Authorized Individual<br><br>**May 22, 2009**<br>Date | |

In re   **CF Montane LP LLC**                                              , Case No. _____
                                          Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **CF Montane SLP LLC** <br> **Northern District of Illinois** | **09-18747** <br> **Affiliate** | **05/22/09** |
| **WCSE Montane Limited Partnership** <br> **Northern District of Illinois** | **Affiliate** | **05/22/09** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **CF Montane LP LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Drexel Montane Condo. Assoc., Inc.** c/o Mr. Donald Weintraub 2848 Woodside, Unit #205 Dallas, TX 75204 | **Drexel Montane Condo. Assoc., Inc.** c/o Mr. Donald Weintraub 2848 Woodside, Unit #205 Dallas, TX 75204 | | | **Unknown** |
| **La Grange Acquisition, L.P.** 3738 Oak Lawn Ave. Dallas, TX 75219 | **La Grange Acquisition, L.P.** 3738 Oak Lawn Ave. Dallas, TX 75219 | | | **Unknown** |
| **Drexel Development Company LLC** 3100 Monticello Ave. Suite 900 Dallas, TX 75205 | **Drexel Development Company LLC** 3100 Monticello Ave. Suite 900 Dallas, TX 75205 | | | **Unknown** |
| **James E. Girards The Girards Law Firm** 10000 N. Central Expy, Ste. 750 Dallas, TX 75231 | **James E. Girards The Girards Law Firm** 10000 N. Central Expy, Ste. 750 Dallas, TX 75231 | | | **Unknown** |
| **City of Dallas Dallas City Hall** 1500 Marilla St. Dallas, TX 75201 | **City of Dallas Dallas City Hall** 1500 Marilla St. Dallas, TX 75201 | | | **Unknown** |
| **Wrightwood Capital LLC** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | **Wrightwood Capital LLC** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | | | **Unknown** |
| **Wrightwood Capital Strategic Equity Fund I GP LLC** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | **Wrightwood Capital Strategic Equity Fund I GP LLC** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | | | **Unknown** |
| **Wrightwood Capital Strategic Equity Fund I LP** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | **Wrightwood Capital Strategic Equity Fund I LP** 2 North LaSalle St. Suite 925 Chicago, IL  60602 | | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   **CF Montane LP LLC**            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lackey Hershman LLP**<br>**Attn: Scott Hershman**<br>**3102 Oak Lawn Ave., Ste. 777**<br>**Dallas, TX 75219** | **Lackey Hershman LLP**<br>**Attn: Scott Hershman**<br>**3102 Oak Lawn Ave., Ste. 777**<br>**Dallas, TX 75219** | | | **Unknown** |
| **Novack & Macey LLP**<br>**Attn: Eric Macey**<br>**100 N. Riverside Plaza**<br>**Chicago, IL 60606** | **Novack & Macey LLP**<br>**Attn: Eric Macey**<br>**100 N. Riverside Plaza**<br>**Chicago, IL 60606** | | | **Unknown** |
| **The Concord Group**<br>**Attn: Mr. Peter Renton**<br>**161 N. Clark St., Ste. 2050**<br>**Chicago, IL 60601** | **The Concord Group**<br>**Attn: Mr. Peter Renton**<br>**161 N. Clark St., Ste. 2050**<br>**Chicago, IL 60601** | | | **Unknown** |
| **James Deets**<br>**2848 Woodside St.**<br>**Unit #301**<br>**Dallas, TX 75204** | **James Deets**<br>**2848 Woodside St.**<br>**Unit #301**<br>**Dallas, TX 75204** | | | **Unknown** |
| **Frank & Lynn Fisher**<br>**2848 Woodside St.**<br>**Unit #501**<br>**Dallas, TX 75204** | **Frank & Lynn Fisher**<br>**2848 Woodside St.**<br>**Unit #501**<br>**Dallas, TX 75204** | | | **Unknown** |
| **Adnan Paruk & Sheerin Ali**<br>**2848 Woodside St.**<br>**Unit #304**<br>**Dallas, TX 75204** | **Adnan Paruk & Sheerin Ali**<br>**2848 Woodside St.**<br>**Unit #304**<br>**Dallas, TX 75204** | | | **Unknown** |
| **James & Denise Francois**<br>**2848 Woodside St.**<br>**Unit #505**<br>**Dallas, TX 75204** | **James & Denise Francois**<br>**2848 Woodside St.**<br>**Unit #505**<br>**Dallas, TX 75204** | | | **Unknown** |
| **Marcianito & Ellen Bautista**<br>**2848 Woodside St.**<br>**Unit #402**<br>**Dallas, TX 75204** | **Marcianito & Ellen Bautista**<br>**2848 Woodside St.**<br>**Unit #402**<br>**Dallas, TX 75204** | | | **Unknown** |
| **Jeffrey Guest**<br>**2848 Woodside St.**<br>**Unit #502**<br>**Dallas, TX 75204** | **Jeffrey Guest**<br>**2848 Woodside St.**<br>**Unit #502**<br>**Dallas, TX 75204** | | | **Unknown** |
| **Katrina Kershner**<br>**2848 Woodside St.**<br>**Unit #403**<br>**Dallas, TX 75204** | **Katrina Kershner**<br>**2848 Woodside St.**<br>**Unit #403**<br>**Dallas, TX 75204** | | | **Unknown** |
| **DGP, LLC**<br>**c/o Christopher M. Weil**<br>**1900 Thanksgiving Tower**<br>**1601 Elm St**<br>**Dallas, TX 75201** | **DGP, LLC**<br>**c/o Christopher M. Weil**<br>**1900 Thanksgiving Tower 1601 Elm St**<br>**Dallas, TX 75201** | | | **Unknown** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **CF Montane LP LLC**                                          Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wiggins Woodside Partnership** c/o Christopher M. Weil 1900 Thanksgiving Tower, 1601 Elm St. Dallas, TX  75201 | **Wiggins Woodside Partnership** c/o Christopher M. Weil 1900 Thanksgiving Tower, 1601 Elm St. Dallas, TX  75201 | | | **Unknown** |
| **Site Resources Montane Ltd.** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St. Dallas, TX  75201 | **Site Resources Montane Ltd.** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St. Dallas, TX  75201 | | | **Unknown** |
| **Montane Investors Ltd. Partnership** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | **Montane Investors Ltd. Partnership** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | | | **Unknown** |
| **R. Glenn Wiggins** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St. Dallas, TX  75201 | **R. Glenn Wiggins** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St. Dallas, TX  75201 | | | **Unknown** |
| **Robert Dale** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | **Robert Dale** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | | | **Unknown** |
| **Robert M. Edelman** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | **Robert M. Edelman** c/o Christopher M. Weil 1900 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | | | **Unknown** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 22, 2009**                       Signature  **/s/Jonathan Hoeg**
                                                       **Jonathan Hoeg**
                                                       **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **CF Montane LP LLC**                                           Case No.
                                          Debtor(s)                     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **68**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 22, 2009**            **/s/ Jonathan Hoeg**
                                    **Jonathan Hoeg**/**Vice President**
                                    Signer/Title

Sheerin Ali
2848 Woodside St.
Unit #304
Dallas, TX 75204


Lea Barfield
2848 Woodside St.
Unit #202
Dallas, TX 75204


Ellen Bautista
2848 Woodside St.
Unit #402
Dallas, TX 75204


Marcianito Bautista
2848 Woodside St.
Unit #402
Dallas, TX 75204


Carol Brody
2848 Woodside St.
Unit #704
Dallas, TX 75204


Julie Cantrell
2848 Woodside St.
Unit #604
Dallas, TX 75204


William Cantrell
2848 Woodside St.
Unit #604
Dallas, TX 75204


Christopher M. Weil
Weil & Petrocchi, P.C.
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


City Attorney's Office
Dallas City Hall
1500 Marilla St., Room 7D
Dallas, TX 75201

```
City of Dallas
Dallas City Hall
1500 Marilla St.
Dallas, TX 75201


Code Compliance
City of Dallas
3112 Canton St., Ste. A
Dallas, TX 75226


Richard Critchlow
2848 Woodside St.
Unit #602
Dallas, TX 75204


Robert Dale
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


James Deets
2848 Woodside St.
Unit #301
Dallas, TX 75204


DGP, LLC
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


Drexel Development Company LLC
3100 Monticello Ave.
Suite 900
Dallas, TX 75205


Drexel Montane Condo. Assoc., Inc.
c/o Mr. Donald Weintraub
2848 Woodside, Unit #205
Dallas, TX 75204


Matthew Dyer
2848 Woodside St.
Unit #302
Dallas, TX 75204
```

```
Robert M. Edelman
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


Frank Fisher
2848 Woodside St.
Unit #501
Dallas, TX 75204


Lynn Fisher
2848 Woodside St.
Unit #501
Dallas, TX 75204


Denise Francois
2848 Woodside St.
Unit #505
Dallas, TX 75204


James Francois
2848 Woodside St.
Unit #505
Dallas, TX 75204


Damon Gallot
2848 Woodside St.
Unit #504
Dallas, TX 75204


James Girards
2848 Woodside St.
Unit #605
Dallas, TX 75204


James E. Girards
The Girards Law Firm
10000 N. Central Expy, Ste. 750
Dallas, TX 75231


Jeffrey Guest
2848 Woodside St.
Unit #502
Dallas, TX 75204
```

```
Anahit Hoyhannisyan
2848 Woodside St.
Unit #205
Dallas, TX 75204


Robert Ivey
2848 Woodside St.
Unit #603
Dallas, TX 75204


Annie Josefsen
2848 Woodside St.
Unit #303
Dallas, TX 75204


Marylee Kellogg
2848 Woodside St.
Unit #202
Dallas, TX 75204


Katrina Kershner
2848 Woodside St.
Unit #403
Dallas, TX 75204


Sharry Krutsch
2848 Woodside St.
Unit #703
Dallas, TX 75204


La Grange Acquisition, L.P.
3738 Oak Lawn Ave.
Dallas, TX 75219


Lackey Hershman LLP
Attn:  Scott Hershman
3102 Oak Lawn Ave., Ste. 777
Dallas, TX 75219


Marc Lipton
2848 Woodside St.
Unit #704
Dallas, TX 75204
```

```
Debbie Maxey
2848 Woodside St.
Unit #701
Dallas, TX 75204


Ronny Maxey
2848 Woodside St.
Unit #701
Dallas, TX 75204


Mikel J. Bowers, Bell Nunnally
3232 McKinney Ave.
1400 One McKinney Plaza
Dallas, TX 75204-2429


Montane Investors Ltd. Partnership
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


Novack & Macey LLP
Attn:  Eric Macey
100 N. Riverside Plaza
Chicago, IL 60606


Adnan Paruk
2848 Woodside St.
Unit #304
Dallas, TX 75204


Douglas Rand
2848 Woodside St.
Unit #702
Dallas, TX 75204


Vicky Rand
2848 Woodside St.
Unit #702
Dallas, TX 75204


Barbara Schwartz
2848 Woodside St.
Unit #404
Dallas, TX 75204
```

Site Resources Montane Ltd.
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


Matthew Summers
2848 Woodside St.
Unit #305
Dallas, TX 75204


Jeffrey Taylor
2848 Woodside St.
Unit #503
Dallas, TX 75204


The Concord Group
Attn:  Mr. Peter Renton
161 N. Clark St., Ste. 2050
Chicago, IL 60601


Joseph Torbica
2848 Woodside St.
Unit #705
Dallas, TX 75204


Linda Torbica
2848 Woodside St.
Unit #705
Dallas, TX 75204


Patricia Turner
2848 Woodside St.
Unit #601
Dallas, TX 75204


Searle Turner
2848 Woodside St.
Unit #601
Dallas, TX 75204


Phillip Van Kuiken
2848 Woodside St.
Unit #203
Dallas, TX 75204

Edith Van Steen
2848 Woodside St.
Unit #204
Dallas, TX 75204


Ray Van Steen
2848 Woodside St.
Unit #204
Dallas, TX 75204


Donald Weintraub
2848 Woodside St.
Unit #205
Dallas, TX 75204


Wiggins Woodside Partnership
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


R. Glenn Wiggins
c/o Christopher M. Weil
1900 Thanksgiving Tower 1601 Elm St
Dallas, TX 75201


Julie Wilder
2848 Woodside St.
Unit #401
Dallas, TX 75204


M. Byron Wilder
2848 Woodside St.
Unit #401
Dallas, TX 75204


Wrightwood Capital LLC
2 North LaSalle St.
Suite 925
Chicago, IL 60602


Wrightwood Capital Strategic Equity
Fund 1 GP LLC
2 North LaSalle St., Suite 925
Chicago, IL 60602

```
Wrightwood Capital Strategic Equity
Fund I LP
2 North LaSalle St., Suite 925
Chicago, IL 60602


Ernest Yates
2848 Woodside St.
Unit #405
Dallas, TX 75204


Maria Yates
2848 Woodside St.
Unit #405
Dallas, TX 75204


Ilse Zale
2848 Woodside St.
Unit #201
Dallas, TX 75204


Theodore Zale
2848 Woodside St.
Unit #201
Dallas, TX 75204
```